UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH MARIE SHEALY,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BUBAK, et al.,<br><br>　　　　　Defendants. | No.  2:24-cv-2310 CSK P<br><br><br>ORDER |

　　　　Plaintiff, a former county jail inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983, together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  However, the application to proceed in forma pauperis form is missing page two and does not include plaintiff's signature.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).  In addition, at the time plaintiff filed her complaint she was no longer in custody; therefore, the Court provides plaintiff with the form used by pro se plaintiffs who are not in custody and who seek leave to proceed without prepayment of fees.  Plaintiff is granted thirty days to submit a complete application on the proper form bearing her signature.

　　　　In accordance with the above, IT IS HEREBY ORDERED that:

　　　　1. Plaintiff shall submit, within thirty days from the date of this order, a completed Application to Proceed Without Prepayment of Fees on the form provided by the Clerk of Court.

1

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed Without Prepayment of Fees (nonprisoner).

3. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  August 30, 2024

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/shea2310.3c+.new